**GLAXO WELLCOME, INC.,
Plaintiff–Appellant,**

v.

**EON LABS MANUFACTURING,
INC., Defendant–Appellee.**

No. 02–1627.

United States Court of Appeals,
Federal Circuit.

Dec. 2, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**Violet KHANANIA, Petitioner,**

v.

**DEPARTMENT OF
TRANSPORTATION, Respondent.**

No. 03–3035.

United States Court of Appeals,
Federal Circuit.

Dec. 10, 2002.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).